No. 78–973. HARRINGTON ET AL. *v.* UNITED STATES;

No. 78–987. DOLMAN ET AL. *v.* UNITED STATES; and

No. 78–1212. MINNICH ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Washington* v. *Washington State Commercial Passenger Fishing Vessel Assn., ante,* p. 658. Reported below: 584 F. 2d 876.

No. 78–1015. BALDWIN ET AL. *v.* MILLS ET AL. Sup. Ct. Fla. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jones* v. *Wolf, ante,* p. 595.

No. 78–1144. LEONARD M. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jackson* v. *Virginia, ante,* p. 307. MR. JUSTICE STEVENS dissents.

No. 78–1840. CITY OF ROME ET AL. *v.* UNITED STATES ET AL. Appeal from D. C. D. C. Probable jurisdiction noted.